**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Ramzi Abadou (Bar No. 222567)
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
rabadou@ktmc.com

*Counsel for Plaintiff*

*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AHMAD RANJHA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WACHOVIA BANK, N.A. WACHOVIA MORTGAGE CORPORATION, WACHOVIA RE, INC., (and their successors and assigns) UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY, PMI MORTGAGE INSURANCE COMPANY, MORTGAGE GUARANTY INSURANCE CORPORATION, GENWORTH MORTGAGE INSURANCE CORPORATION, AND REPUBLIC MORTGAGE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No.: 2:12-CV-00520-KJM-EFB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the above-captioned action, including, without limitation, any and all claims asserted therein as to Defendants, Wachovia Bank, N.A., Wachovia Mortgage Corporation, Wachovia RE, Inc. (and their successors and assigns), United Guaranty Residential Insurance

1 | Company, PMI Mortgage Insurance Company, Mortgage Guaranty Insurance Corporation,
2 | Genworth Mortgage Insurance Corporation, and Republic Mortgage Insurance Company, without
3 | prejudice.

4 |     No party to this action has served either an answer or a motion for summary judgment in this
5 | action.

6 | Dated: March 14, 2012                       Respectfully submitted,

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

By: *Terence S. Ziegler*
Edward W. Ciolko
Terence S. Ziegler (PA 310318)
Donna Siegel Moffa (PA 310991)
Amanda R. Trask (PA 57973)
Michelle A. Coccagna (PA 205757)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and-

Ramzi Abadou (Bar No. 222567)
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

**BRAMSON PLUTZIK MAHLER &**
**BIRKHAEUSER LLP**
Alan R. Plutzik
2125 Oak Grove Boulevard, Ste. 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

**BERKE, BERKE & BERKE**
Andrew L. Berke
420 Frazier Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 266-5171

***Attorneys for Plaintiffs and the Proposed Class***